# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

☒Arraignment
☒Initial Appearance
☒Government's Motion for Detention
☒Detention Hearing WAIVED

MAGISTRATE JUDGE: Raymond E. Patricco, Jr.   DATE: September 19, 2022
DEPUTY CLERK/ESR: Jackie Hildebrand          TIME: 11:30-11:45 a.m.  Courtroom 7
                                                    Boise, ID

### UNITED STATES OF AMERICA vs. TYLER JAY WATSON
1:22-cr-00149-BLW-1

Counsel for:   United States (AUSA): David Morse
               Defendant: Craig Durham, CJA Counsel

☒Defendant waives personal appearance.
☒Defendant appears on a writ/indictment. Defendant has read the indictment
☒Court reviewed the record.
☒The maximum penalties that could be imposed on this offense should you be convicted are:
   Minimum of 10 years and up to life of imprisonment;
   to be followed by 5 years of supervised release;
   a $ 10,000,000 fine; and
   a special assessment of $ 100
☒Constitutional Rights to Jury Trial and Counsel advised.
☒Notice given re *Brady v Maryland* to defendant and counsel.
☒Financial Affidavit reviewed/qualified and Court appointed the Craig Durham, CJA Counsel to represent the defendant.

☒Indictment       ☐Information       ☐Complaint
                  ☐Copy furnished to defendant/understand the charges and maximum penalties
                  ☐Read by Clerk     ☒Waived reading     ☐Read by Interpreter

PLEA: **NOT GUILTY** entered by the defendant and denial of the forfeiture allegation.

☒Counsel made elections to the Procedural Order. Search warrants were issued and the government does not object to their disclosure.

The Jury Trial is set for Monday, November 7, 2022 at 1:30 p.m. in Boise, Idaho before District Judge B. Lynn Winmill.  A telephonic pre-trial readiness conference is set for Thursday, October 27, 2022 at 4:00 p.m. before Judge Winmill. Counsel for the Government is directed to initiate the call.

☒Defendant waived his right to a Detention Hearing.
☒Defendant remanded to the custody of the U.S. Marshal. IAD Waiver entered and defendant wishes to be returned to State custody.