**From:** Michael Coronado <coronadom@cityofnampa.us>
**Sent:** Monday, March 27, 2023 10:04 AM
**To:** Morse, David (USAID) <DMorse@usa.doj.gov>
**Subject:** Re: [External]Miranda Warning Card - Tyler Watson

Yes I do. I will attach the photo from which I advised his Miranda Rights.  The only difference is the last question, I asked "Do you understand your rights?".

Thanks,

Michael Coronado

Get Outlook for iOS

**From:** Morse, David (USAID) <David.Morse@usdoj.gov>
**Sent:** Monday, March 27, 2023 9:58:11 AM
**To:** Michael Coronado <coronadom@cityofnampa.us>
**Subject:** [External]Miranda Warning Card - Tyler Watson

Caution:  This email originated from outside of the City of Nampa domain. Do not click on links or open attachments unless you recognize sender email or are sure content is safe. Highlight the suspect email and send using your Phish Button or call the helpdesk at 208-468-5454

Mike,

Do you have a copy of the Miranda warning card you used to advise Watson of his Fifth Amendment rights?

Thanks,
David