

# IDAHO STATE POLICE FORENSIC SERVICES

700 South Stratford Drive, Ste 125
Meridian, ID 83642-6202
Phone: (208) 884-7170
Fax: (208) 884-7197

**FORENSIC CONTROLLED SUBSTANCE ANALYSIS REPORT**

| Case Agency(s): **NAMPA POLICE DEPARTMENT** | Agency Case No(s).: **N22-33318** | Laboratory Case No.: **M2022-2503** |
|---|---|---|
| Date(s) of Offense: **06/07/2022** | Investigating Officer(s): **Michael Coronado** | Report No.: **1** |
| Date Evidence Accepted: **06/16/2022** | Analyst: **Kerry Hogan** | |
| Case Name(s): **Suspect - TYLER JAY WATSON** | | |

| Lab Item # | Agency Exhibit | Description | Conclusions and Interpretations |
|---|---|---|---|
| 1 | 005 | Not opened | Not analyzed |
| 3 | 009 | 74.63g round, light blue tablets imprinted M/30; analyzed one | Fentanyl (CII) |
| 4 | 013 | Not opened | Not analyzed |
| 5 | 014 | Not opened | Not analyzed |
| 6.1 | 015 | 1001.0g pressed white powder | Fentanyl (CII) |
| 6.2 | 015 | 457.29g pressed and loose white powder | Fentanyl (CII) |
| 6.3 | 015 | 1874.07g pressed and loose gray powder | Fentanyl (CII) |
| 6.4 | 015 | 532.32g pressed and loose purple powder | Fentanyl (CII) |
| 6.5 | 015 | 622.20g pressed and loose purple powder | Fentanyl (CII) |
| Additional items | 015 | One "Ziploc" bag with pressed and loose purple powder, and one "Ziploc" bag with purple powder | Not analyzed |

**Additional Information:**
Lab item 3: Contents inconsistent with a published reference

**DISPOSITION OF EVIDENCE:**
All items will be returned to the submitting agency.

**REMARKS:**
**The descriptions, conclusions and interpretations stated above apply to the sample(s) as received.**

**I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.**

*Kerry Hogan*

**Kerry Hogan / Forensic Scientist**
**Issue Date: 06/30/2022**

# Idaho State Police
## Drug Restitution

### *THIS IS NOT AN INVOICE*
*This is a request for restitution that may be granted by the court. If you are the subject associated with this report, this is not a bill, we are merely requesting that the court assign restitution if they deem it is appropriate.*

As provided in Idaho Code 37-2732(k), the Idaho State Police requests restitution from the defendant, **TYLER JAY WATSON** in the amount of **$582** in association with Laboratory Case No. **M2022-2503**. This amount is based upon the testing of the sample(s) submitted to this laboratory. The amount requested reflects a portion of the cost incurred to the laboratory during the analysis of drug evidence.

| Test | Cost |
|---|---|
| Controlled Substance Analysis (6 sample(s) @ $97 ea.) | $582 |

Please present this restitution request form and a copy of the laboratory report to the court at the time of sentencing.

I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

*[signature: Kerry Hogan]*

Kerry Hogan / Forensic Scientist

Please make checks payable to:    Forensic Services
700 South Stratford
Meridian, Idaho 83642-6202

(**Notice to subject of this report** – restitution is paid through the court and they, in turn, will direct payment to Idaho State Police. Personal checks or money orders received by Idaho State Police will be returned.)

Thank you for your cooperation in this matter.

If you have any questions about the restitution, please contact:
  Rylene Nowlin (Meridian Laboratory Manager)