

# IDAHO STATE POLICE FORENSIC SERVICES
615 W. Wilbur Ste B
Coeur D'Alene, ID 83815-7785
Phone: (208) 209-8700
Fax: (208) 209-8612
**FORENSIC METHAMPHETAMINE QUANTITATIVE ANALYSIS REPORT**

| Case Agency(s): **NAMPA POLICE DEPARTMENT** | Agency Case No(s).: **N22-33318** | Laboratory Case No.: **M2022-2503** |
|---|---|---|
| Date(s) of Offense: **06/07/2022** | Investigating Officer(s): **Michael Coronado** | Report No.: **2** |
| Date Evidence Accepted: **06/16/2022** | Analyst: **David Sincerbeaux** | |
| Case Name(s): **Suspect - TYLER JAY WATSON** | | |

| Lab Item # | Agency Exhibit | Description | Conclusions and Interpretations |
|---|---|---|---|
| 2 | 006 | Plastic bag with crystalline material. (56.15 grams) | The sample contains 55.29 (+/-) 3.87 grams of methamphetamine, Schedule II. **(98.47 % purity)** |

**NOTES:**
**The expanded uncertainty value(s) were calculated at the 95% confidence level. All sample(s) calculated as the hydrochloride salt.**

**DISPOSITION OF EVIDENCE:**

All items will be returned to the submitting agency.

**REMARKS:**
**The descriptions, conclusions and interpretations stated above apply to the sample(s) as received.**

**I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.**

*[signature]*

**David Sincerbeaux / Forensic Scientist**
**Issue Date: 07/28/2022**