CRIMINAL PROCEEDINGS – Change of Plea

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: U.S. Magistrate Judge Raymond E. Patricco, Jr.   Date: November 13, 2023
Courtroom Deputy/ESR: Jackie Hildebrand   Time: 10:00 am – 10:20 am
Courtroom 7   Location: Boise, ID

UNITED STATES OF AMERICA vs. TYLER JAY WATSON
Case No. 1:22-cr-00149-BLW-1

Counsel for the United States: AUSA David Morse
Counsel for the Defendant: Craig Durham

☒ Court summarized the plea agreement; defense counsel concurred with summary.
☒ Defendant placed under oath.
☒ Waiver of Right to District Judge executed.
☒ Defendant found competent to enter a knowing and voluntary plea.
☒ Defendant is satisfied with representation of counsel.
☒ Defendant's Constitutional Rights explained.
☒ Defendant advised of maximum penalties.
　　Minimum of 10 years and up to life of imprisonment
　　To be followed by 5 years of supervised release;
　　A $10,000,000 fine; and
　　A special assessment of $100
☒ Defendant advised of sentencing determination.
☒ Government stated for the record the elements and evidence of the charge(s).
☒ Defendant agrees with the elements of the charge(s) as stated by the Government.
☒ Plea Agreement discussed and Defendant understands the terms of the agreement.
☒ Results of pending appeal discussed with Defendant and counsel.
☒ Defendant and counsel advised the change of plea is voluntary, all potential defenses have been discussed and Defendant fully understand the rights which are being waived.
☒ Defendant entered a plea of guilty to Count One of the Indictment and admission to asset forfeiture allegation.
☒ Plea accepted by the Court.

**Sentencing set before Judge B. Lynn Winmill on Tuesday, February 6, 2024 at 11:00 a.m. in Courtroom 3**
Court ordered a presentence investigation report.
　　Draft Report will be due to Counsel: December 26, 2023
　　Notification of Objections: January 9, 2024

    Final Report Due: January 23, 2024

☒Report and Recommendation shall be entered.

☒Defendant's custody status remains as previously ordered.

Any motions for departure, sentencing memorandums or letters in support must be filed 7 days prior to the sentencing hearing. Sentencing hearing is scheduled for 1 hour.